JS 45 (1/96) Electronic Version

# Criminal Case Cover Sheet – U.S. District Court

23 CR 005 JDP

**Place of Offense:**
City: River Falls
County/Parrish: Pierce County

**Related Case Information:**
Superseding _____ Docket Number _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 22-mj-160
R 20 / R40 from District of _____

**Defendant information:**
Matter to be Sealed ✓ Yes _____ No
Def. Name: Austin Koeckeritz
Alias Name:
City/State: River Falls, WI
Year of Birth: 1994    Last 4 digits of SSN 4548
Sex: Male    Race: White

**U.S. Attorney Information:**
TAYLOR L. KRAUS    Bar #:
Interpreter: ✓ No _____ Yes    List language and/or dialect:

**Location Status:**
Arrest Date:
_____ Already in Federal Custody as of: _____ in _____
✓ Already in State Custody
_____ On Pretrial Release

**U.S.C. Citations:**
Total # of Counts: 1    _____ Petty    _____ Misdemeanor    ✓ Felony
                                          _____ Class A
                                          _____ Class B
                                          _____ Class C

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1589(a),(d) | Forced labor | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date: _____    Signature /s/ TAYLOR L. KRAUS