IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FILED/REC'D
2023 JAN 12 P 5:07
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

| | |
|---|---|
| UNITED STATES OF AMERICA | SEALED INDICTMENT |
| v. | Case No. 23 CR 005 JDP |
| AUSTIN KOECKERITZ, | 18 U.S.C. § 1589(a) |
| | 18 U.S.C. § 1589(d) |
| | 18 U.S.C. § 1594(a) |
| | 18 U.S.C. § 1594(d) |
| Defendant. | |

THE GRAND JURY CHARGES:

## COUNT 1

From in or about August 2020, to on or about August 5, 2022, in the Western District of Wisconsin, defendant,

AUSTIN KOECKERITZ,

attempted to, and knowingly provided and obtained the labor and services of "Jane Doe 1," by means of force, threats of force; by means of serious harm and threats of serious harm to "Jane Doe 1" and threats of serious harm to another person; and by means of any scheme, plan, or pattern intended to cause "Jane Doe 1" to believe that, if "Jane Doe 1" did not perform such labor and services, that "Jane Doe 1" and another person would suffer serious harm; and by any combination of such means.

(In violation of Title 18, United States Code, Section 1589(a) and (d), and 1594(a)).

## FORFEITURE ALLEGATION

As a result of the offenses charged in Count 1 of this indictment, and upon conviction for violating Title 18, United States Code, Section 1589(a) and (d), and 1594(a), pursuant to Title 18, United States Code, Section 1594(d), the defendant,

AUSTIN KOECKERITZ,

shall forfeit to the United States his right, title, and interest in:

(1) any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property; and

(2) any property, real or personal, constituting or derived from, any proceeds that the defendant obtained, directly or indirectly, as a result of such violation, or any property traceable to such property.

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 1/12/2023

_____
TIMOTHY M. O'SHEA
United States Attorney

2