# WARRANT OF ARREST SEALED

| United States District Court | DISTRICT WESTERN DISTRICT OF WISCONSIN |
|---|---|
| United States of America<br><br>v.<br><br>Austin Koeckeritz<br><br>Defendant. | DOCKET NO. 23 CR 005    MAGISTRATE JUDGE CASE NO. JDP<br><br>NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:<br>Austin Koeckeritz<br>Pierce County Jail |

Warrant Issued on the Basis of:

✓ Indictment    ☐ Order of Court    ☐ Information    ☐ Complaint

TO: Any Authorized Law Enforcement Officer.

District of Arrest:                    City:

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Forced Labor

IN VIOLATION OF TITLE:    18 U.S.C. Section(s) 1589(a),(d)

Bail: DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| Ordered By:    Federal Judge/Magistrate Judge<br>Stephen L. Crocker | Date Order: |
|---|---|
| Clerk of Court:    (By) Deputy Clerk | Date Issued: 1/13/2023 |

### RETURN

This Warrant was received and executed with the arrest of the above-named person.

| Date Received: | Date Executed: |
|---|---|
| Name and Title of Arresting Officer: | Signature of Arresting Officer: |